IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 15, 2008

Charles R. Fulbruge III
Clerk

_____

No. 07-11179
Summary Calendar

_____

OSAMA 'SAM' ODEH

Plaintiff-Appellant

v.

MATTHEW ORWIG, in personal capacity; RICHARD
ROPER, in personal capacity; THOMAS GIBSON, in
personal capacity; PAUL STICKNEY, in personal capacity;
WILLIAM G STEWART, II, in personal capacity; JOHN R
POSEKER, in personal capacity; ALBERTO R GONZALEZ,
in personal capacity; JAMES E KINKEADE, in personal
capacity; A JOE FISH, in personal capacity

Defendants-Appellees

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:07-CV-270)

_____

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Affirmed. See Rule 47.6.

Plaintiff-Appellant Odeh is cautioned that any further efforts to

continue, prolong, or otherwise maintain this or any other action arising from

or connected with the facts underlying the instant appeal could, and likely

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

will, result in the imposition of sanctions for frivolous appeals and maintaining baseless, meritless, and contumacious litigation.